Thomas Dimitre, Attorney at Law
CSB 276924
dimitre@mind.net
PO Box 801
Ashland, OR 97520
Telephone: 541-890-5022
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KIMBERLY OLOCKI, an individual,<br><br>Plaintiff<br><br>vs.<br><br>BARTON HEALTHCARE SYSTEM, BARTON MEMORIAL HOSPITAL, BARTON MEMORIAL HOSPITAL FOUNDATION INC.<br><br><br>Defendants | Case No. 2:20-cv-00789-MCE-CKD<br><br>**ORDER ON JOINT STIPULATION TO ELECT VDRP** |

Plaintiff, Kimberly Olocki, represented by Thomas Dimitre, Thomas Dimitre Attorney at Law LLC, and Defendants Barton Healthcare System, Barton Memorial Hospital, and Barton Memorial Hospital Foundation Inc., represented by Teresa Fitzgerald, Davis, Wright, Tremaine LLP, have provided the Court with a signed Joint Stipulation to Elect the Voluntary Dispute Resolution Process (VDRP).

Having considered the Joint Stipulation to Elect the Voluntary Dispute Resolution Process (VDRP), and good cause appearing,

The request to engage in the Voluntary Dispute Resolution Process (VDRP) is GRANTED.   The Court's VDRP administrator is directed to make the necessary arrangements.

IT IS SO ORDERED.

Dated:  August 20, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE