UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLOCKI,<br><br>                Plaintiff,<br><br>    vs.<br><br>BARTON HEALTHCARE SYSTEM, BARTON MEMORIAL HOSPITAL, BARTON MEMORIAL HOSPITAL FOUNDATION, INC.,<br><br>                Defendants. | Case No. **2:20-cv-00789-MCE-CKD**<br><br>**ORDER RE DEFENDANTS BARTON HEALTHCARE SYSTEM AND BARTON MEMORIAL HOSPITAL FOUNDATION INC'S REQUEST TO INCREASE THE PAGE LIMITATION IN THEIR OPENING AND REPLY BRIEFS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>Assigned to the Hon. Morrison C. England, Jr.<br><br>Action Filed: April 17, 2020 |

The Court, having considered the pleadings filed in connection with Defendants' Request to Increase the Page Limitations in connection with their summary judgment motion, the pleadings and papers on file in this action, and good cause appearing, IT IS HEREBY ORDERED THAT Defendants' request is granted, thereby allowing an increase to 27 pages for the moving papers and any opposition and 12 pages for Defendants' reply.

**IT IS SO ORDERED.**

**Dated: November 4, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF system which will make this document available to all counsel of record for viewing and downloading from the ECF system.

Dated: November 4, 2021         /s/ *Janet Grumer*
                                JANET GRUMER

PROOF OF SERVICE
4878-7575-5265v.1 0033533-000084

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899