UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLOCKI,<br><br>                Plaintiff,<br><br>   vs.<br><br>BARTON HEALTHCARE SYSTEM, BARTON MEMORIAL HOSPITAL, BARTON MEMORIAL HOSPITAL FOUNDATION, INC.,<br><br>                Defendants. | Case No. **2:20-cv-00789-MCE-CKD**<br><br>**ORDER RE DEFENDANTS BARTON HEALTHCARE SYSTEM AND BARTON MEMORIAL HOSPITAL FOUNDATION INC'S REQUEST TO INCREASE THE PAGE LIMITATION IN THEIR OPENING AND REPLY BRIEFS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>Assigned to the Hon. Morrison C. England, Jr.<br><br>Action Filed: April 17, 2020 |

ORDER
4878-7575-5265v.1 0033533-000084

The Court, having considered the pleadings filed in connection with Defendants' Request to Increase the Page Limitations in connection with their summary judgment motion, the pleadings and papers on file in this action, and good cause appearing, IT IS HEREBY ORDERED THAT Defendants' request is granted, thereby allowing an increase to 27 pages for the moving papers and any opposition and 12 pages for Defendants' reply.

**IT IS SO ORDERED.**

Dated:  November 9, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE