UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KIMBERLY OLOCKI, an individual,<br><br>Plaintiff<br><br>vs.<br><br>BARTON HEALTHCARE SYSTEM, BARTON MEMORIAL HOSPITAL, BARTON MEMORIAL HOSPITAL FOUNDATION INC.<br><br>Defendants | CASE NO. 2:20-CV-00789-MCE-CKD<br><br>ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME |

This matter comes before the Court upon Plaintiff's Ex Parte Application to Extend the time to respond to Defendants' Motion for Summary Judgment.

THEREFORE, finding good cause to do so, this Court GRANTS Plaintiff's Ex Parte Application to extend time to file a response to Defendants' Motion for Summary Judgment. The new deadline will be set after Plaintiff's Motion to Extend/Reopen discovery is decided.

DATED: November 24, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE