UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KIMBERLY OLOCKI, an individual, | CASE NO. 2:20-cv-00789-MCE-CKD |
| Plaintiff | ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME |
| vs. | |
| BARTON HEALTHCARE SYSTEM, BARTON MEMORIAL HOSPITAL, BARTON MEMORIAL HOSPITAL FOUNDATION INC. | |
| Defendants | |

This matter comes before the Court upon Plaintiff's Ex Parte Application (ECF No. 35) to Extend the time to respond to Defendants' Motion for Summary Judgment.  Having considered that Application, and good cause appearing,

///

///

///

///

*ORDER*                                                                                                                1

Plaintiff's Ex Parte Application to extend time to file a response to Defendants' Motion for Summary Judgment is GRANTED.  The new deadline for that response will be set after Plaintiff's Motion to Extend/Reopen Discovery (ECF No. 36) has been adjudicated by the Court.

IT IS SO ORDERED.

Dated:  December 13, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE