| | |
|---|---|
| 1 | TERESA FITZGERALD (State Bar No. 152558) |
| |   teresafitzgerald@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| | 865 South Figueroa Street, 24th Floor |
| 3 | Los Angeles, California  90017-2566 |
| | Telephone:  (213) 633-6800 |
| 4 | Fax:  (213) 633-6899 |

Attorneys for Defendants
BARTON HEALTHCARE SYSTEM (also erroneously sued as Barton Memorial Hospital) and BARTON MEMORIAL HOSPITAL FOUNDATION, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY OLOCKI, | Case No. **2:20-cv-00789-MCE-CKD** |
| Plaintiff, | Assigned to the Hon. Morrison C. England, Jr. |
| vs. | |
| BARTON HEALTHCARE SYSTEM, BARTON MEMORIAL HOSPITAL, BARTON MEMORIAL HOSPITAL FOUNDATION, INC., | **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | Action Filed:  April 17, 2020 |

**TO THE COURT, CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Finding good cause, the Court grants the "Stipulation for Dismissal With Prejudice" of Plaintiff KIMBERLY OLOCKI and Defendants BARTON HEALTHCARE SYSTEM (also erroneously sued as Barton Memorial Hospital) and BARTON MEMORIAL HOSPITAL FOUNDATION, INC.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 22, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE
4867-2126-0322v.1 0033533-000084

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899